# Court of Appeals
# of the State of Georgia

ATLANTA,  June 04, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0130. FLOYD v. DOMAIN LLC d/b/a DOMAIN.**

Tamara Floyd filed this emergency motion pursuant to Court of Appeals Rule 40 (b) seeking an extension of time in which to file a discretionary application pursuant to Rule 31 (h). Rule 31 (a) provides:

> An application for discretionary appeal must generally be filed in this Court within 30 days of the date of the entry of the trial court's order being appealed, although pursuant to OCGA § 44-7-56, a discretionary application involving a dispossessory action must be filed within seven days of the entry of the trial court's order. The trial court's order is entered on the date it is filed with the trial court clerk.

We hereby GRANT Floyd an additional 15 days from the date at which her discretionary application would have been due pursuant to Rule 31 (a) in which to file her discretionary application.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  06/04/2025*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*